697 A.2d 541

STATE OF NEW JERSEY v. EVIDIO CHEVALIER.

July 18, 1997.

## ORDER

Leave to appeal is granted and the Appellate Division's order permitting defendant to obtain a physical and mental examination of the alleged victim is summarily reversed. The matter is remanded to the trial court for further proceedings.